No. 848.   STANDARD OIL CO. v. McLAUGHLIN, COLLECTOR OF INTERNAL REVENUE.   April 30, 1934.   Petition for rehearing denied.   See *post,* p. 631.

No. —, original.   OHIO v. HELVERING, COMMISSIONER OF INTERNAL REVENUE, ET AL.   April 30, 1934.   Return to rule to show cause presented.

No. 847.   LANGER, GOVERNOR, ET AL. v. GRANDIN FARMERS CO-OPERATIVE ELEVATOR CO. ET AL.

Argued May 1, 1934.   Decided May 7, 1934.   *Per Curiam:* The order granting an interlocutory injunction is affirmed.   *Meccano, Ltd.,* v. *Wanamaker,* 253 U.S. 136, 141; *Alabama* v. *United States,* 279 U.S. 229, 231; *National Fire Ins. Co.* v. *Thompson,* 281 U.S. 331, 338; *United Drug Co.* v. *Washburn,* 284 U.S. 593; *South Carolina Power Co.* v. *South Carolina Tax Comm'n,* 286 U.S. 525; *Ogden & Moffett Co.* v. *Michigan Public Utilities Comm'n,* 286 U.S. 525.   *Mr. P. O. Sathre,* with whom *Mr. William Langer,* Governor of North Dakota, and *Mr. J. A. Heder* were on the brief, for appellants.   *Messrs. Herbert F. Horner, Alan E. Gray,* and *John F. Sullivan* were on the brief for appellees.